```
 1  ED DUNLAVEY
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4

 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,    )   CASE: 6:09-mj-00244-YNP
                                 )
11          Plaintiff,           )
                                 )   STIPULATION TO VACATE
12      vs.                      )   TRIAL DATE AND SET FOR
                                 )   STATUS CONFERENCE; AND.
13  JOSEPH D. ADDINGTON          )   [PROPOSED] ORDER THEREON
                                 )
14          Defendant.           )   Court: U.S. Magistrate
                                 )   Judge: Hon. Sandra M. Snyder
15  _____)
```

16      IT IS HEREBY STIPULATED by and between Susan St. Vincent,

17  the acting legal officer for the National Park Service,

18  Defendant, Joseph Addington, and his attorney of record, Jeremy

19  Kroger, that the Bench Trial in the above-captioned matter set

20  for December 2, 2009 be vacated, and the matter be set for status

21  conference on December 15, 2009, at 10:00 a.m.

22

23  Dated: November 24, 2009      By: /s/ Susan St. Vincent
                                      SUSAN ST. VINCENT
24                                    Acting Legal Officer for
                                      National Park Service
25

26  Dated: November 25, 2009      By: /s/ Jeremy Kroger
                                      JEREMY KROGER
27                                    Office of the Federal Defender
                                      Attorney for Defendant
28                                    JOSEPH ADDINGTON

                                      1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the trial date, now set for December 2, 2009, and set the matter for status conference December 15, 2009, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for December 2, 2009, is vacated.
2. The matter is now set for status conference on December 15, 2009.

**IT IS SO ORDERED.**

**Dated:    November 25, 2009**            /s/ Sandra M. Snyder
                                   **UNITED STATES MAGISTRATE JUDGE**