Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-00244-YNP |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; AND |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| JOSEPH D. ADDINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.

Dated: March 2, 2011                                NATIONAL PARK SERVICE

                                                                           /S/ Susan St. Vincent
                                                                           Susan St. Vincent
                                                                           Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:  March 4, 2011                                /s/ *Michael J. Seng*
                                                                         UNITED STATES MAGISTRATE JUDGE

1